**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

BRIAN POTTS, et al.,

       Plaintiff,

v.                                  **CIVIL ACTION NO. 14-0345-CG-C**

AUXILIUM PHARMACEUTICALS,
INC., et al.,

       Defendant.

_____/

## NOTICE OF FILING OF PLAINTIFFS' JOINDER TO DEFENDANT GREGORY FUNK, D.O.'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-11)

       Plaintiffs Brian Potts and Sandra Potts, Husband and Wife, through their undersigned attorneys, hereby notify this Court that on August 12, 2014, Plaintiffs filed a Joinder to Defendant Gregory Funk, D.O.'s Motion to Vacate Conditional Transfer Order (CTO-11) with the Judicial Panel on Multidistrict Litigation (the "MDL Panel") pursuant to the Rules of Procedure of the Judicial Panel on Multidistrict Litigation for the actions styled Potts, et al. v. Auxilium Pharmaceuticals, Inc., et al., ALS/1:14-CV-00345 (MDL No: 2545).

DATED:   August 12, 2014          Respectfully submitted,

                                        /s/ Stephen H. Echsner
                                        STEPHEN H. ECHSNER
                                        Aylstock, Witkin, Kreis & Overholtz, PLLC
                                        17 East Main Street, Suite 200
                                        Pensacola, Florida 32502
                                        Office: (850) 202-1010
                                        Fax: (850) 919-7449
                                        Email: sechsner@awkolaw.com
                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2014, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system and served a copy of the foregoing by electronic mail and/or by

first class mail to the following:

Kenneth Martin Perry
Bradley, Arant, Rose & White
1819 Fifth Avenue, N.
Birmingham, Alabama 35203
kperry@babc.com

Michael E. Upchurch
Frazer, Greene, Upchurch & Baker, LLC
P.O. Box 1686
Mobile, Alabama 36633
meu@frazergreene.com

Ross Alexander Frazer
Frazer, Greene, Upchurch & Baker, LLC
P.O. Box 1686
Mobile, Alabama 36633
raf@frazergreene.com

/s/ Stephen H. Echsner
STEPHEN H. ECHSNER
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, Florida 32502
Office: (850) 202-1010
Fax: (850) 919-7449
Email: sechsner@awkolaw.com
Attorney for Plaintiff